1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2  rclayton@lawhjc.com

3  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702)316-4114

6  Attorney for Defendant,
   *Ignite Restaurant Group, Inc., d/b/a Joe's Crab Shack*
7

8             UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10 | CHERE GOOCH-MARTIN,            | CASE NO.: 2:16-cv-00211-GMN-CWH
11 |     Plaintiff,                  |
12 | vs.                             |
13 | IGNITE RESTAURANT GROUP, INC., A Texas | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
14 | Corporation d/b/a JOE'S CRAB SHACK; DOES I through X; and ROE ENTITIES I through X, |
15 |     Defendants.                 |

18      IT IS HEREBY STIPULATED by and between the Plaintiff, Chere Gooch-Martin, and

19 Defendant, Ignite Restaurant Group, Inc., by and through their respective counsel, the Weiner Law

20 Group, for Plaintiff, and Hall Jaffe & Clayton, for Defendant, that this matter be dismissed, with

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

prejudice, each party to bear its own costs and attorney fees.

DATED January 13, 2017.

HALL JAFFE & CLAYTON, LLP

By /s/ Riley A. Clayton
Riley A. Clayton, Esq.
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, NV 89128
*Attorney for Defendant*

DATED January 13, 2017.

WEINER LAW GROUP, LLC

By /s/ Gregory V. Cortese
Gregory V. Cortese, Esq.
Nevada Bar No. 006610
2820 W. Charleston Blvd., #35
Las Vegas, NV 89102
*Attorney for Plaintiff*

**O R D E R**

IT IS SO ORDERED.

Dated: January 13, 2017

_____
U.S. DISTRICT COURT JUDGE

2